# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
2008 AUG 18 AM 9: 12

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _KM_ DEPUTY

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

**SEIZURE WARRANT**

CASE NUMBER: MJ 2523

One lady's engagement ring containing a 2.00 carat weight HVS2 Princess cut diamond center stone set in a 14k white gold diamond mounting with 2 bezel and channel round diamonds 0.79 in total carat weight

TO:   Angela K. Clark, IRS Special Agent,  and any Authorized Officer of the United States:

Affidavit having been made before me by Angela K. Clark, who has reason to believe that in the Southern District of California, there is now certain property which is subject to forfeiture to the United States, namely:

> One lady's engagement ring containing a 2.00 carat weight HVS2 Princess cut diamond center stone set in a 14k white gold diamond mounting with 2 bezel and channel round diamonds 0.79 in total carat weight,

which represents drug proceeds subject to forfeiture pursuant to Title 21, United States Code, Section 881 (a)(6) (proceeds of drug trafficking), and was acquired with funds traceable to a violation of Title 18, United States Code, Section 1956 and 1957 (money laundering), and subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1).

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the property so described is subject to forfeiture and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure in the daytime--6:00 a.m. to 10:00 p.m., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the United States Magistrate Judge, as required by law.

_8/14/08 at 4:05 p.m._       at   San Diego, California
Date                                   City and State

Honorable  Ruben B. Brooks

United States Magistrate Judge                   _/s/ Ruben Brooks_
Name & Title of Judicial Officer                 Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED<br>8/14/08 | DATE AND TIME WARRANT EXECUTED<br>8/15/08  11:42 am | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>David Levi |
| INVENTORY MADE IN THE PRESENCE OF<br>SA Angela Clark |||
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT<br><br>One lady's engagement ring containing a 2.00 carat weight HVS2 Princess cut diamond center stone set in a 14k white gold diamond mounting with 2 bezel and channel round diamonds 0.79 in total carat weight. |||

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Angela K Clark

Subscribed, sworn to, and returned before me this date.

_____     8/15/2008
U.S. Judge or Magistrate                  Date